# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN ELKINS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 08-CV-577-WDS |
| ) | |
| YRC LOGISTICS SERVICES, INC., ) | |
| ) | |
| ) | |
| Defendant.. | |

## **O R D E R**

**STIEHL, District Judge:**

Before the Court is plaintiff's motion to remand (Doc. 12) to which defendant has filed a response indicating that it does not object to the remand in light of plaintiff's stipulation that he will not seek an amount in excess of $75, 000.

Accordingly, the Court **GRANTS** plaintiff's motion to remand, and this matter is **REMANDED** to the Circuit Court for the Third Judicial Circuit, Madison County, Illinois. The Clerk of the Court is **DIRECTED** to remand this case to the Circuit Court and close this file.

**IT IS SO ORDERED.**

**DATED: November 24, 2008**

                                                s/*WILLIAM D. STIEHL*
                                                   District Judge